Lawrance A. Bohm (SBN: 208716)
lbohm@bohmalw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Kyle A. Pruner (SBN: 314874)
kpruner@bohmlaw.com
**BOHM LAW GROUP, INC.**
5205 Kearny Villa Way, Suite 105
San Diego, CA 92123
Telephone:  916.927.5574
Facsimile:   916.927.2046
Email:  blg000661@bohmlaw.com

Attorneys for Plaintiff
TRISTAN GILL

RAUL E. ZERMENO (SBN: 260731)
rzermeno@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: 213.330.4500
Facsimile:  213.330.4501

Attorneys for Defendant
CLARIVATE ANALYTICS (US) LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN GILL,<br><br>        Plaintiff,<br><br>        v.<br><br>CLARIVATE ANALYTICS (US) LLC, a corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-00851-AS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Action File: December 7, 2020<br>Trial Date:     TBD |

*(left margin, rotated)* BOHM LAW GROUP, INC.
5205 KEARNY VILLA WAY, SUITE 105
SAN DIEGO, CALIFORNIA 92123

1

**Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)**
*Gill v. Clarivate Analytics, et al.*
Case No.: 2:21-cv-00851

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Kyle A. Pruner., Esq.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear his/its own costs and attorneys' fees.

Date: November 19, 2021          By: _____

LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
KYLE A. PRUNER, ESQ.

Attorneys for Plaintiff,
TRSITAN GILL

Date:   November 19, 2021       By: _____

RAUL E. ZERMENO, ESQ.

Attorneys for Defendant,
CLARIVATE ANALYTICS (US) LLC

BOHM LAW GROUP, INC.
5205 KEARNY VILLA WAY, SUITE 105
SAN DIEGO, CALIFORNIA 92123

2

**Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)**
*Gill v. Clarivate Analytics, et al.*
Case No.: 2:21-cv-00851

Lawrance A. Bohm, Esq.
Kelsey K. Ciarimboli, Esq.
Kyle A. Pruner., Esq.